# Exhibit A

# Plaintiff's Complaint

07-CI-09779

**COMMONWEALTH OF KENTUCKY**
**JEFFERSON CIRCUIT COURT**
DIVISION_____
CASE NO._____

JEFFERSON CIRCUIT COURT
DIVISION FIVE (5)

**GWENDOLYN ANN DOUGHTY**　　　　　　　　　　**PLAINTIFF**
7010 Memory La.
Louisville, KY 40258

vs.　　　　　　　　　　**COMPLAINT**

**TRANS UNION, LLC**　　　　　　　　　　**DEFENDANT**
Serve: The Prentice Hall Corp. Sys.
421 W. Main St.
Frankfort, KY 40601

\*\*\*\*\*　　　\*\*\*\*\*　　　\*\*\*\*\*

Comes the Plaintiff and for her cause of action states as follows:

1. The Plaintiff is an individual and a resident of Louisville, KY.

2. The Defendant, Trans Union, is a foreign corporation with a registered agent for service in Kentucky, but the LLC is in bad standing with the Kentucky Secretary of State.

3. The Plaintiff is a consumer party covered by the Fair Credit Reporting Act and the Fair and Accurate Credit Transaction Act.

4. This court has jurisdiction and venue to hear this matter under 15 USC 1681p.

5. The Plaintiff asked Trans Union to reinvestigate a reporting concerning her CITI mortgage #5001476339. Trans Union sent the Plaintiff a letter dated March 14, 2007 refusing to correct an error in their reporting. Experian and CSC/Equifax have changed their reporting and report this account correctly. On May 5, 2007 Plaintiff's counsel asked Trans Union to correct their report,

and they failed to do so. On August 14, 2007 Plaintiff's counsel asked Defendant's counsel, the law firm of Satzberg, Trichon, Kogan, Wertherimer of Philadelphia to have Trans Union correct this report. They never replied.

6. The Plaintiff had a mortgage with CITI and did a short sale, with permission of CITI. The Plaintiff made all of her mortgage payments on time: Plaintiff made her 2005 mortgage payments on time and she sent in her January and February 2006 mortgage payments on time.

7. Trans Union is reporting the Plaintiff's CITI mortgage as "Payment after charge off/collection" in the status line. Further, they list it boldly, singularly and separately as an "Adverse account." On the other hand, Experian reports this account as "paid in settlement." CSC reports this account as "settlement accepted on this account."

8. Federal law, 15 USC 1681e states:

"Whenever a consumer reporting agency prepares a consumer report it shall follow reasonable procedures to assure maximum possible accuracy of the information concerning the individual about whom the report relates."

9. Federal law, 15 USC 1681i requires the reinvestigation. Trans Union states "Verified, no change."

10. Federal law, 15 USC 1681g and 1681h require the form of the disclosure to a consumer.

11. Federal law, 15 USC 1691n allows for damages for willful non compliance. The damages are from $100 to $1,000. Punitive damages are also allowed, as well as costs.

12. Federal law, 15 USC 1681n allows damages for negligent non compliance. The damages are from $100 to $1,000 and costs.

**WHEREFORE**, this Plaintiff moves for damages under the above listed Federal statutes and for the amounts allowed as stated above. Defendant is reporting the Plaintiff's credit in a derogatory fashion, all to her damage. Defendant failed to comply with the statutes and supply accurate information on its report, when asked to re-verify. For any orders the court may grant requiring Trans Union to remove false reporting as stated above. For costs. For punitive damages for the willful non compliance by false reporting after asking to re-verify. For reasonable attorney fees. Further, for all other relief that this court may grant.

Franklin S. Yudkin

_____
Franklin S. Yudkin
Barber, Banaszynski & Glidewell
100 North Sixth Street, Floor Five
Louisville, KY 40202
(502) 585-2100
(502) 585-2119 - Fax